**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>THE NORTHERN TRUST CO. | § § § § § § | Case No. 2:12-CV-428-JRG-RSP<br>LEAD CASE |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>PROSPERITY BANCSHARES, INC. | § § § § § | Case No. 2:12-CV-430-JRG-RSP |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>DOW JONES & COMPANY, INC. | § § § § § | Case No. 2:12-CV-504-JRG-RSP |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>THE NET-A-PORTER GROUP, LLC | § § § § § | Case No. 2:12-CV-506-JRG-RSP |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>JETBLUE AIRWAYS CORP. | § § § § § | Case No. 2:12-CV-576-JRG-RSP |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>MLB ADVANCED MEDIA, L.P. | § § § § § | Case No. 2:12-CV-577-JRG-RSP |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>NFL ENTERPRISES, LLC | § § § § § | Case No. 2:12-CV-578-JRG-RSP |

- 2 -

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC | § § | |
| v. | § § | Case No. 2:12-CV-579-JRG-RSP |
| ONKYO U.S.A. CORP. | § § | |
| TQP DEVELOPMENT, LLC | § § | |
| v. | § § | Case No. 2:12-CV-650-JRG-RSP |
| SLING MEDIA, INC. | § § | |

## CONSOLIDATION ORDER

At the scheduling conference held on January 30, 2013 the parties discussed consolidating these related cases for pretrial purposes only. Given that there are common questions of law and fact, at least with respect to claim construction, and in order to prevent conflicting rulings and to avoid unnecessary cost and delay, the Court hereby consolidates the cases listed in the caption for pretrial purposes only. Case No. 2:12-CV-408 is designated as the lead case. All future filings must be made in the lead case until this consolidation order is vacated.

**SIGNED this 30th day of January, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE