**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § | |
| **Plaintiff,** | § | **No. 2:12-CV-428-JRG-RSP** |
| **v.** | § | **CONSOLIDATED** |
| **THE NORTHERN TRUST COMPANY,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant The Northern Trust Company in this action, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff TQP Development, LLC and defendant the Northern Trust Company are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 5th day of August, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE